**RECEIVED** IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MAY 0 6 2004

EASTERN DIVISION

**DOCKETED**

MAY 0 7 2004

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

)
)
)
)

**JUDGE NORDBERG**

WILLIE L. DARDEN, JR.; individually and as
Guardian of SHYMIA DARDEN, PURETY DARDEN,
NAOMI DARDEN, PERRIER DARDEN and NAPOLEANE DARDEN

**04C 3234**

)
) No.

Plaintiffs

)
)
) Judge:
) Magistrate Judge:
)

v.

)
)

MAYOR ERIC KELLOGG/ CEO OF CITY OF HARVEY      **MAGISTRATE JUDGE ASHMAN**
OFFICER MOSES, an officer of the Harvey Police Department                )
OFFICER FRUNDLE, an officer of the Harvey Police Department,             )
OFFICER NEAL *#560, an officer of the Harvey Police Department,          )
CHIEF ANDREW JOSHUA, OF THE Harvey Police Department,                    )
ED KEEL, brother of commander Darnell Keel of H.P.D                      ).
OFFICER ARCHIE METRA, of the Metra Police Department                     )
                                      Defendants.

## SUMMONS AND COMPLAINT w/ATTACHMENTS

NOW COMES PLAINTIFF ON THE 13th DAY OF APRIL, 2004, REQUESTING LEAVE TO
SEEK ANSWERS AND FILE CHARGES OF CONSPIRACY AND/OR SHOW CAUSE, WHY
THEY SHOULD NOT BE HELD IN CONTEMPT, FOR SUCH ADVERSE ACTIONS WHICH
DIRECTLY RELATE TO THIS MATTER. WE, PLAINTIFF(S), FIRMLY BELIEVE AND
ARE PREPARED TO SHOW BY EVIDENCE THAT THE ALLEGATIONS BROUGHT FORTH
IN THIS COMPLAINT ARE TRUE AND CORRECT. IT IS OUR CONTENTION THAT THE
NAMED DEFENDANTS MENTIONED HEREIN THIS CAUSE, ACTED TO WILLFULLY
AND WANTONLY CONSPIRE AGAINST SAID PLAINTIFF(S) IN AN EFFORT TO
VIOLATE THE RIGHTS OF SAME... SAID CONSPIRACY CHARGES INCLUDE:

(1) **CAPITAL MURDER** *(FoR Hire)*
(2) **ATTEMPTED MURDER**
(3) **COVER-UP**
(4) **CRIMINAL MALFEASANCE**
(5) **EVIDENCE TAMPERING**
(6) **RACIAL DISCRIMINATION**
(7) **URBAN TERRORISM**



(8) **RACKETEERING & FRAUD**
(9) **WITNESS TAMPERING**
(10)    **EXTORTION ( utilizing actual as well as threatened force, violence and fear.)**
(11)    **OBSTRUCTION**
(12)    **STALKING**
(13)    **INCOMPETENCE, NEGLIGENCE**
(14)    **HARASSMENT, INTIMIDATION**
(15)    **CIVIL RIGHTS (USC $1983)**

## CONSPIRACY

  Conspiracy charges gives the prosecutor a big advantage; Experts would agree, that conspiracy charges are easier to prove. Conspiracy charges are often proven by witnesses, other than the alleged victim, particularly when prosecutors convince of one or more co-conspirators to in effect , ("save themselves from a charge of perjury")  become a witness for the prosecution. Moreover,  it should be noted that the "test" to prove said charges, is much easier;  actually, we need only to prove that said parties tried to cover-up said conduct. Conspiracy  charges,  usually add a new dimension to the case. **WHILE IT IS TRUE,  THAT  IN  A  CONSPIRACY CHARGE...MUCH LESS HAS TO BE PROVEN...HOWEVER THE RESULTING PUNISHMENT CAN BE AND USUALLY IS JUST AS SEVERE...THIS IS NOT,  NOR  SHOULD BE CONSIDERED  A MERE RECITAL... LET THE RECORD SHOW THAT WE,  the Plaintiff(s), herein are seriously seek to establish a "Prima Facea"  case, which leads to the  ARREST-INDICTMENT AND CONVICTION OF THOSE PARTIES DEEMED RESPONSIBLE FOR SUCH ILLEGAL AND ADVERSE ACTIONS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| WILLIE L. DARDEN, JR.; individually and as<br>Guardian of SHYMIA DARDEN, PURETY DARDEN,<br>NAOMI DARDEN, PERRIER DARDEN and NAPOLEANE DARDEN<br><br>Plaintiffs<br><br><br><br>v.<br>MAYOR ERIC KELLOGG/ CEO OF CITY OF HARVEY<br>OFFICER MOSES, an officer of the Harvey Police Department<br>OFFICER FRUNDLE, an officer of the Harvey Police Department,<br>OFFICER NEAL *#560, an officer of the Harvey Police Department,<br>CHIEF ANDREW JOSHUA, OF THE Harvey Police Department,<br>ED KEEL, brother of commander Darnell Keel of H.P.D<br>OFFICER ARCHIE METRA, of the Metra Police Department<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No.<br>)<br>) Judge:<br>) Magistrate Judge:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>). |

Please be advised that I, Willie Luther Darden Jr., have valid cause on this thirteenth day of April , 2004 to file for leave for consideration of serious allegations , and said request for immediate answers , as they relate to this cause. I, Willie L. Darden; Jr., have on occasion , spoken with both my counsel, Michael Rissman , as well as to the FBI; in regards to the problems that I have encountered in regards to the, " unprofessional/ illegal", manner of ALLEGED "CRIMINAL MALFEASANCE", that both my family, and I have endured, through no fault of our own. We, have ALL, been amazed at the total lack of interest that we've received from the defendants, especially from the Mayor as well as the Chief of Police; whom I, earlier considered friends??? Attorney Rissman, informed me that, it was necessary that we, file a new charge of Civil Rights violations, rather than amend charge # 02C9299; he informed me that, " :It was too late to amend, the original complaint" ; therefore, we, are left with NO alternative, than to file for justice as it relates to this matter before this Court of Law.

IT IS OUR FIRM CONTENTION AND STRONG BELIEF, SUPPORTED BY EVIDENCE, BASED UPON A GROSS PREPONDERANCE THEREOF, THAT THE AFOREMENTIONED PARTIES, NAMELY THE DEFENDANT(S), WILLFULLY AND WANTONLY CONSPIRED TO VIOLATE THE CIVIL RIGHT(S) OF THE DARDEN FAMILY, IN DIRECT VIOLATION OF THE CIVIL RIGHTS ACT: 42 U.S.C.$ 1983...by WILLFULLY and MALICIOUSLY FAILING TO FAIRLY INVESTIGATE THE ALLEGED ATTEMPTED MURDER OF THE DARDEN FAMILY, NOT WITHSTANDING THAT THEY HAD RECEIVED PRIOR NOTIFICATION

AND REQUEST FOR INTERVENTION , AS WELL AS INVESTIGATION ON BEHALF OF THE DARDEN FAMILY AND HAD, AS THE EVIDENCE WOULD TEND TO SUPPORT , ALSO BEEN PREVIOUSLY NOTIFIED BY THE DARDEN FAMILY THAT THERE WAS SUSPECTED POLICE INVOLVEMENT; PRIOR TO THE ACTUAL MURDER ATTEMPT ON JANUARY, 24,2004. @ 6:15 a.m.... It should thusly, be noted as fact, that both Mayor Kellogg and Chief Joshua were both informed by direct correspondence as well as in the Mayors case on January 23, 2004, Mr. Willie L. Darden, met with the Mayor and personally, spoke with him in regards to ," ALLEGATIONS OF MURDER- FOR- HIRE CONSPIRACY, POSSIBLE WITNESS TAMPERING, AND INTIMIDATION BY AGENT(S) AND/OR ASSOCIATES OF SAID DEFENDANT( FRUNDLE) ,(mailed January 21,2004.):
" THEREIN, SAID DOCUMENT, VERBATIM: " PLEASE BE ADVISED THAT I, WILLIE L. DARDEN, Jr.,. UNDER PENALTY OF PERJURY/OBSTRUCTION OF JUSTICE , BOTH SWEAR AND OR AFFIRM THAT THE FOLLOWING EVIDENCE/STATEMENT IS TRUE AND ACCURATE:
             " ON SUNDAY JANUARY 18, 2004, WITHIN THE CITY LIMITS OF HARVEY, ILLINOIS, I., WILLIE L. DARDEN, Jr. PERSONALLY OVERHEARD AND WITNESSED AT LEAST TWO INDIVIDUALS DISCUSSING HIRING OF A "HIT-MAN". In order to murder someone whom they considered a "smart-ass motherfucker", I , have valid **REASON TO BELEIVE THAT THE PERSON THAT THEY WERE SPEAKING ABOUT MURDERING WAS I, WILLIE L. DARDEN. Jr.: I, WAS THE ONLY PERSON THAT WAS IN CLOSE PROXIMITY TO THESE INDIVIDUALS WHO WERE ALSO LOOKING DIRECTLY AT ME AT THE TIME OF THEIR DISCUSSION. It should be noted that I know theses individuals and both are connected directly or indirectly to the Defendant(s); in this cause either by agency or association. I firmly believe that this is an attempt to either frighten me into dropping the pending cause or to assassinate me, in order to keep me from testifying and telling the TRUTH IN A FORUM, BEFORE A JURY OF MY PEERS. "**
I, FURTHER STATED, THAT "I, WILL NOT RELENT, EVEN AT THE THREAT OF IMMINENT DEATH/DANGER; I, AM RESPECTFULLY, REQUESTING THAT JUDGE BUCKLO, QUIETLY/SECRETLY MONITOR THIS SITUATION AND ALSO ALLOW BOTH THE Mayor Eric J. Kellogg AND HARVEY POLICE CHIEF, "TOP COP"- ANDREW JOSHUA, WHOM ARE IN MY OPINION VERY HONORABLE MEN WITH EXCELLENT CHARACTER TRAITS; AN OPPORTUNITY TO INTERVENE AS WELL AS CONDUCT THEIR OWN INVESTIGATION IN REGARDS TO THIS MATTER. PLEASE BE ADVISED THAT THIS DOCUMENT WILL SERVE-NOTICE TO ALL PARTIES, IN REGARDS TO THIS MATTER. IT SHOULD BE NOTED THAT I, WILLIE L. DARDEN Jr. WILL NOT BE THREATENED, INTIMIDATED, CO-ERCED, BLACKMAILED, BRIBED NOR HARASSED IN ORDER TO CAUSE ABANDONMENT OF THIS CAUSE; WHICH IS BEFORE THIS COURT OF LAW. SAID DOCUMENT SHALL BE UTILIZED AS EVIDENCE IN THE EVENT THAT DEFENDANT(S) CHOOSE TO CHANGE THIS FROM A CIVIL MATTER –TO A –CRIMINAL MATTER- OF PREMEDITATED MURDER, WITH DIRE CONSEQUENCES !!! "** We, have informed the FBI as well as Attorney Rissman, the identity of the "two individuals", spoken about in regards to the actual planning and execution of- murder for hire- scheme have been indentified as HPD OFFICER "MOSES"-aka---and Commander Darnell Keel's brother, named Ed, a current city employee as well as a ONE STOP FOOD & LIQUORS EMPLOYEE,

Located @ 168 East 154th Street, Harvey, Illinois; It should be noted that Officer aka"Moses", is also an employee of ONE STOP FOOD & LIQUORS, AND IT IS FACT THAT THE LOCATION OF THE ALLEGED ILLEGAL CONVERSATION, IN REGARDS TO SAID, THE ACTUAL PLANNING AND IMPLEMENTATION OF CONSPIRACY TO COMMIT CAPITAL MURDER AND THUS DEPRIVE PLAINTIFF(S), OF THEIR RIGHTS TO DUE PROCESS, AND CIVIL RIGHTS WAS IN , ONE-STOP @ 168 East 154th street, Harvey, Illinois. On January 18th, 2004. It should be noted as fact, that on the day after the alleged incident of 01-24-2004, Mr. Darden, calmly, walked into One Stop Food & Liquors, in order to make a purchase as well as observe any 'SUSPICIOUS", activity and or individuals, upon entering the store , I, immediately , made eye contact with ED Keel, who appeared to have a false expression- or forced expression of unconcern. Both, ED KEEL AS WELL AS OFFICER "MOSES"-appeared to be extremely nervous in my presence; additionally, officer Moses could not even look me in my eyes. I, have not returned to this location since January 25,2004. Based upon the evidence and my personal observations as well as my being an "eye-witness", to the alleged conversation between these individuals, it is my firm contention that at minimum, both parties are and should be considered as co-conspirators
In the planning, development and execution of the alleged, -MURDER FOR HIRE CONSPIRACY- of the Darden Family !!!
SINCE WE, HAVE ALREADY TOUCHED UPON WHY BOTH MAYOR KELLOGG POLICE CHIEF ANDREW JOSHUA AS WELL AS OFFICER NEAL #560 SHOULD BE DEEMED GUILTY- AND SHOULD BE HELD IN CONTEMPT FOR SUCH ADVERSE ACTIONS ... IT IS IMPORTANT THAT WE DELVE DEEPER.
Responding officer, Neal *#560 is a party to this cause , because he failed to perform the duty of a police officer; but not following established guidelines and/or protocol . We, the Darden Family, firmly believe based upon solid evidence that, officer Neal also acted to deprive said plaintiff(s) due process, due diligence and or non/preferential treatment and thus acted to purposely deprive same of their Civil as well as Human Rights which are instruments which are protected by our U S Constitution. We, also feel that he as well as ALL other defendants may have been a party to the alleged conspiracy to commit murder /or at minimum has some knowledge thereof: We, the Darden Family will not tolerate blatant injustice of any kind. The evidence speaks for itself. The facts will support the contention that, " Defendant(s), failed to honor a sworn duty and/or obligation in direct violation of federal law and in effect have forever damaged said plaintiff(s); as a result of said adverse actions. Both the Mayor as well as the Police Chief have; severely COMPROMISED THE PUBLICS TRUST, as well as mine. Note: A prominent Federal Judge, once said " My son, ignorance of the law , is No excuse." I, am quite sure that, when it come to issues relating to law and or proper ethics both the mayor and the Chief are not ignorant, especially with 16 years experience/sergeant investigations; it is quite clear to a layman, that "ignorance nor stupidity will not stand as a valid argument nor defense.; in regards to this matter of extreme importance.
In reference to the alleged involvement of Metra Officer Archie- who resides @ 15545 Loomis, Street. Harvey, Illinois... witnesses observed and identified him as driver of police vehicle, which exited the alley near plaintiffs residence shortly after shooting, TRAVELLING IN WESTERLY DIRECTION ... may be suspect or material witness. He was also seen stalking and studying plaintiffs prior to shooting...and since has been virtually unseen.WHY???

Note* Metra Officer Archie"s description is dark complexioned individual /w eye-glasses,
     He drives a Metra Police Vehicle and lives@ 15545 S. Loomis Street in Harvey, Illinois.
     We, have several eyewitnesses who can place Officer Archie at the scene @ 6:15a.m.
     On Saturday, January 24, 2004. Perjury is a felonious offence, regardless as to
     Whether one chose to lie, either to the Grand Jury or to the FBI: Said penalties are
     Harsh and virtually unbearable.

THIS IS NOT...NOR SHOULD BE CONSTRUED AS A BLANKET INDICTMENT ON
THE ENTIRE, HARVEY POLICE DEPARTMENT; THIS , HOWEVER, IS TO BE
CONSTRUED AS AN INDICTMENT FOR THOSE PARTIES DEEMED RESPONSIBLE
FOR THE ATTEMPTED MURDER OF THE DARDEN(S), THE ALLEGED MURDER-
FOR-HIRE CONSPIRACY AND THE CONSPIRACY TO CONTINUALLY VIOLATE
THE DARDEN(S) CIVIL RIGHT(S):

THERE ARE MANY FINE PROFESSIONALS, WITHIN THE HARVEY, POLICE
EPARTMENT; SUCH AS DETECTIVE(S) MARTIN, BOONE, WELLS, BROOKS, DORROUGH
AND OFFICER SIM(S); JUST TO NAME A FEW. I AM CONFIDENT THAT HAD ANY
OF THESE DETECTIVES BEEN GIVEN THE OPPORTUNITY TO ," CREATE THE
CRIME SCENE, SET UP THE PERIMETER, INTERVIEW WITNESSES, COLLECT
BALLISTIC EVIDENCE AND OR PERFORM ANY OF THE VARIED DUTIES
ASSOCIATED WITH A PROFESSIONAL CRIMINAL INVESTIGATION; I, AM
QUITE CERTAIN THAT,HAD ANY OF THESE DETECTIVE(S) WOULD HAVE ALSO
CONTACTED THE ILLINOIS STATE POLICE, AS WELL , IN ORDER FOR THEM TO
DO A MORE THOROUGH INVESTIGATION. YET, THE DEFENDANTS,
CONCIOUSLY CHOSE TO DO ABSOLUTELY NOTHING. WHAT WERE THEY
AFRAID OF ? WERE THEY AFRAID OF MAKING A CRUCIAL MISTAKE ? OR,
CONVERSELY, WERE THEY AFRAID THAT PERHAP, ONE OF THEIR OWN
OFFICERS WAS SOMEHOW INVOLVED IN THE PLANNING, IMPLEMENTATION
AND "ATTEMPTED" EXECUTION OF THE DARDEN FAMILY? WE, THE
DARDEN FAMILY, CANNOT QUITE UNDERSTAND...WHY?... ALTHOUGH,
MAYOR ERIC KELLOGG, POLICE CHIEF ANDREW JOSHUA AND OFFICER
NEAL *#560 EACH HAD AN OPPORTUNITY TO, " DO-THE-RIGHT-THING", IN
REGARDS TO THIS MATTER, THEY, INSTEAD MADE A CONCIOUS CHOICE TO
, " DO –THE-WRONG-THING !!!, THUS VIOLATING THE CIVIL RIGHTS OF THE
DARDEN FAMILY, IN ADDITION , CRIMINAL MALFEASANCE DUE TO THEM,
PURPOSELY BOTCHING THE INVESTIGATION INTO THE ATTEMPTED
MURDER OF THE DARDEN FAMILY, FAILING TO DO A THOROUGH,
PROFESSIONAL INVESTIGATION; WHEREAS SUCH ADVERSE ACTION HAS
CAUSED A SERIOUS BETRAYAL OF THE PUBLICS TRUST; AS IT RELATES TO
THIS MATTER. WE, THE DARDEN PLAINTIFF(S), VIEW THIS TYPE OF
BEHAVIOR TOTALLY UNACCEPTABLE FOR ANYONE WHO ACTUALLY
RELYS UPON POLICE OFFICIALS AND/OR THE MAYOR(S) OFFICE SEEKING
RESOLUTION OF A CRIMINAL MATTER; THEY HAVE ALREADY PROVEN
OUR CASE ! IT IS AN UNDISPUTED FACT THAT ALTHOUGH , I , WILLIE
DARDEN, HAD ON SEVERAL OCCASSIONS CONTACTED BOTH MAYOR
KELLOGG AS WELL AS CHIEF ANDREW JOSHUA REGARDING ALLEGED
"RACIST" OFFICER NEAL FRUNDLE"S ADVERSE BEHAVIOR TOWARDS SAME;
ABSOLUTELY, NOTHING WAS EVER DONE IN ORDER TO CORRECT SAID

PROBLEM; THUS LEADING TO ALLEGED MURDER ATTEMPT BY OFFICER FRUNDLE OR THOSE DEEMED AS HIS COHORTS AND/OR CO-CONSPIRATORS; Mr. Edward Keel and HPD Officer Moses; both gentlemen work also part time at @168 E. 154th. Street, Harvey, Illinois: One Stop Food & Liquors. We, wonder , just how far does this conspiracy to commit murder go? Were there any other police officials and or City Of Harvey employees involved in this elaborate murder-for-hire scheme? Why, were the street lamps conveniently turned OFF on January 24, 2004 at 6:15 a.m. at the time of the murder attempt, which created a near perfect scenario for "MURDER." It should be noted as fact that the security guard who works in One Stop may also be considered a possible material witness or possible suspect; he has been identified as being present on at least two occasions, wherein he witnessed the incident on January 18,2004 and January 23,2004 and he, in fact made implicating statements, which may lead one to believe that he knows more about the conspiracy to commit murder than he is letting on; at this point in the investigation , it is my opinion that, should the security guard choose to LIE, we are prepared to prove, that apparently he may also have been a party to: The Solicitation For Murder Conspiracy against the Darden Family... which was planned , executed and carried out shortly after Plaintiff Darden overheard said illegal conversations on January 18th at One Stop where the security guard as well as the two named individuals identified earlier (within this correspondence) work .

**IT SHOULD BE NOTED AS FACT THAT ALTHOUGH I, WILLIE DARDEN CALLED THE POLICE DEPARTMENT IMMEDIATELY AFTER THE SHOOTING CEASED ON JANUARY 24,2004; THE EVIDENCE WILL SUPPORT THE CONTENTION THAT THE RESPONDING OFFICER WAS IN NO BIG HURRY TO RESPOND, BECAUSE IT TOOK HIM APPROXIMATELY 20-25 MINUTES TO ARRIVE AND TO FURTHER COMPOUND THE ISSUE OFFICER NEAL *#560 REMAINED IN HIS VEHICLE FOR A PERIOD OF AT LEAST 10MINUTES AFTER HE HAD ARRIVED; WE, FURTHER STATE AS FACT THAT HE ONLY ENTERED SAID RESIDENCE AFTER MR. DARDEN CAME OUT TO INQUIRE, BOTH MYSELF AND AT LEAST ONE OTHER INDEPENDENT WITNESS WHO HAPPENS TO POSSESS A POLICE SCANNING DEVICE, WHICH THEY WERE LISTENING TO ON THE MORNING OF JANUARY 24, 2004. HAVE INFORMED DARDEN THAT, FROM HER VANTAGE POINT IT APPEARED THAT SAID OFFICER NEAL APPEARED TO BE AFRAID TO ENTER THE DARDEN RESIDENCE. ADDITIONALLY, SAID WITNESS REMINDED ME THAT, NOT ONLY WERE THE STREET LAMPS OFF....BUT SO WERE ALL OF THYE LIGHTS ON THE NEARBY CHURCH AS WELL AS THE APARTMENT BUILDINGS JUST TO THE NORTH OF MY RESIDENCE. THIS IS VERY INTERESTING, BECAUSE IT TENDS TO FUEL THE "CONSPIRACY THEORY TO COMMIT CAPITAL MURDER OF THE DARDEN FAMILY. RESPONDING OFFICER NEAL, ALSO APPEARED TO BE IN A GREAT HURRY, WE ALLOWED HIM TO EXAMINE THE EVIDENCE, INCLUDING AT LEAST ONE SLUG, WHICH HAD LODGED INTO THE LOWER LEVEL WALL; O0FFICER NEAL REFUSED TO COLLECT ANY EVIDENCE , OR PERFORM ANY INVESTIGATION: THIS WAS AN OBVIOUS DERELECTION OF DUTY-WHERAS HE CONCIOUSLY, FAILED TO PERFORM THE DUTIES OF A POLICE OFFICER; SUCH DUTIES OF WHICH A POLICE OFFICER IS SWORN TO UPHOLD. THIS IS A PURE CLASSIC CASE OF VIOLATION(S) OF THE CIVIL RIGHTS ACT : U.S.C.$1983.**

**...CONSPIRACY, CAPITAL- MURDER AND COVER-UP 'S, TEND TO LEAD TO ADDITIONAL COUNTS OF RACKETEERING CORRUPTION; AS IT RELATES HEREIN:**

<u>**TIME-LINE CHRONOLOGY OF WILLIE DARDEN ON 01/23/2004**</u>

12 :00a.m.- 4:00p.m. ---HARVEY PUBLIC LIBRARY (typing document dated January 23rd, 2004).

4:15p.m- 4:30p.m.---- HARVEY CURRENCY EXCHANGE( notarize typed document.)

4:30p.m.-4:45p.m.-----HARVEY POST OFFICE( mail notarized document to Officer Frundle , Mayor Kellogg and Police Chief Andrew Joshua)

4:50p.m.-5:05p.m.---- HARVEY CITY HALL (spoke to Mayor, again regarding Officer Frundle.)

5:10p.m.-5:20p.m.----ONE STOP FOOD & LIQUORS (spoke to Ed Keel, the store security guard and Officer "Moses".)

ABOVE, IS A CONCISE TIMELINE OF THE MOVEMENTS OF THE UNDERSIGNED PLAINTIFF IN THIS CAUSE, MR. WILLIE. LUTHER DARDEN Jr., ON THE DAY BEFORE ALLEGED MURDER ATTEMPT , ON JANUARY 24, 2004 @ 6:15A.M..
After completing said document dated January 23rd, 2004. titled : ADDENDUM TO MOTION THE PURPOSE OF SAID ADDENDUM WAS TO NOTIFY THE COURT(S) AND ALL INTERESTED PARTIES OF NEW ALLEGATIONS OF CIVIL RIGHTS VIOLATIONS WHICH INCLUDED: CONTRACT-FOR-HIRE-MURDER CONSPIRACY, STALKING, PREYING, AND TAMPERING OF PLAINTIFF DARDEN BY DEFENDANT NEAL FRUNDLE. ADDITIONALLY, I, WILLIE DARDEN, WAS IN FACT VERY FEARFUL FOR MY LIFE, BASED UPON , WHAT I, HAD PERSONALLY OVERHEARD ON THE 18TH AND WHAT I, HAD PERSONALLY WITNESSES ON THE 21ST, 22ND AND 23RD OF JANUARY 2004.

**AFTER COMPLETING SAID DOCUMENT, ON JANUARY 23RD , 2004:   WHILE WALKING TO THE CURRENCY EXCHANGE IN HARVEY, IN ORDER TO NOTARIZE SAID DOCUMENT(S); I, NOTICED MAYOR KELLOGG, DRIVING BY IN AN EASTERLY DIRECTION; I, IMMEDIATELY WAVED IN HIS DIRECTION; THEREBY, CAUSING HIM TO NOTICE ME AND STOP TO TALK. DURING OUR CONVERSATION, MAYOR KELLOGG, INFORMED ME THAT HE HAD RECEIVED DOCUMENT DATED JANUARY 20, 2004: WHICH , WAS IN REGARDS TO ALLEGATIONS OF "MURDER FOR HIRE CONSPIRACY".** Mayor Kellogg, Inquired to me ,"What is the problem, I, informed him that Officer Frundle had been stalking, intimidating and threatening me apparently, in an effort to frighten me or cause abandonment of cause # 02C9299; additionally, I, informed Mayor Kellogg, that it was my belief that Frundle is a racist , based upon his exhibited negative behavior towards Darden, Mr. Darden, felt that Officer Frundle had shown disdain and hatred towards both he and his family, as well as had exhibited a continual pattern of "terrorism", towards the Darden(s) since the incident of December 2000, whereas, Officer Frundle along with several other officers acted to violate the Civil Rights of plaintiff(s), thereby illegally entering plaintiff(s) legal residence without proper authority and thereby illegally removing $600.00 U.S.C. from

underneath plaintiff(s) bedroom mattress. I, further explained to the Mayor , based upon the evidence, Officer Frundle is a ticking time-bomb, just waiting to explode. Additionally, I, Willie Darden stated as fact, that Frundle has a proven propensity for lying; Attorney Rissman, even noticed that he lied during the discovery process. It should be noted as fact that, We, the Darden Family, connected Frundle as well as the two currently named individuals overheard planning the murder on January 18,2004. Darden further stated, " that it is my belief that Frundle is the MASTERMIND behind the alleged , CONTRACT-CONSPIRACY-TO COMMIT MURDER OF SAME." Darden further stated that "IT SHOULD BE NOTED THAT FRUNDLE HAS THE MOTIVE, THE MOST TO GAIN, THE OPPORTUNITY AND IN REGARDS TO ALIBI, HIS POTENTIAL CLAIM OF "BEING OUT OF TOWN', won't work. I, further stated that SHOULD PLAINTIFF(S) MEET WITH AN UNTIMELY DEATH, UNDER MYSTERIOUS CIRCUMSTANCES, IT IS ESSENTIALLY MY "DEATH- STATEMENT", IN EFFECT THAT officer Frundle is not only the "person of interest", but also the –PRIME SUSPECT... I have noticed Frundle in the act of stalking, lurking' studying my routine, direction and movement as recently as January 21,22, and 23rd, 2004 for illegal purposes. Darden, reminded Officer Frundle of the seriousness of these allegations and thus informed Frundle that he, Darden is willing to take a polygraph examination in order to prove that the allegations are true; Darden also invited Officer Frundle to join him in submitting voluntarily to the lie-detector examination. Mr. Darden, concluded document dated January 23, 2004 with Miranda Warning...advising Frundle of his rights to remain silent; that anything that he says in a court of law can be used against him; he was advised of his right to the presence of an attorney to assist him prior to questioning and to be with him during questioning and I, advised Officer Frundle that should he not be able to afford the cost of an attorney, that he had the right to have an attorney appointed for him prior to questioning." DO YOU UNDERSTAND THESE RIGHTS.???

Note* Officer Frundle, Chief Joshua and The Mayor each received mailed copies of documents dated January 21st and 23rd, 2004. Mr. Darden was very serious, as he is today, in the quest to present supporting evidence which is sufficient to establish a "Prima Facea", case leading to a finding of Contempt of Court, Extortion of Plaintiffs/Utilizing actual as well as threatened force, violence and fear, Obstruction of Justice, Contract for Hire & Attempted Murder Conspiracy , which leads to Criminal/Civil Indictment of those parties deemed responsible for such adverse actions.

During, the time period that I, was speaking with the Mayor, he changed the subject, regarding Frundle, by asking me and another gentleman that I recognized from the Mayor Campaign that both he and I had worked, to varying degree,s as volunteers for NO pay, because we, felt that Mr. Kellogg, with his vast knowledge, education and experience, was well qualified for the position as mayor. Mayor Kellogg, said to the gentleman and myself, "Do you need some money? We, both said yes... at that point ...the mayor reached into his pocket and pulled out $40.00 U.S.C. for Darden and $30.00 U.S.C. for the other gentleman. We, viewed these funds as partial payment for our volunteer efforts. Shortly, thereafter, an unknown gentleman approached Mayor Kellogg, I, sensed that perhaps they had business to discuss, so I informed the Mayor that I, would possibly continue our conversation after I, finished my business, at the currency exchange and the post office.

Directly, upon finishing my business with the currency exchange; I immediately, walked to the Harvey Post Office, in order to mail said document(s) to Mayor Kellogg, Officer Frundle, Police Chief Joshua, Attorney Rissman and to the FBI. (4:30p.m.)

Between the hour(s) of approximately, 4:50p.m.-5:05p.m., after mailing said documents to named parties, plaintiff Darden traveled to City Hall, in order to pay his water bill as well as continue the conversation that he had earlier with Mayor Kellogg, regarding the "racist", conduct exhibited by Officer Frundle. As I, was nearing my destination, I, noticed that the Mayor was standing outside in front of the building, I , said to myself, this would be an excellent opportunity for us to talk, briefly. As I, got closer to Mayor Kellogg, I, immediately, noticed an individual running in both my as well as the mayors direction carrying a baseball bat. I did not know this man , nor had I, ever seen this individual, I , didn't think much about it then, However, since the murder attempt on my life; I, have definitely paid closer attention to details, as they relate to this matter.  This individual entered into conversation with the Mayor, and  I, walked into City Hall, in order to pay my water bill,: However, I, was too late, and instead  mailed said  payment: in the form of a money order.

During  the  hours  of  5:10p.m.-----5:20p.m.:  I, WILLIE L. DARDEN, STATE AS FACT THAT DURING THIS STATED TIME AND HOUR; I WALKED INTO  one-stop food & liquors @ 168 EAST 154TH STREET, IN  THE CITY OF HARVEY TO PURCHASE AMERICAN CHEESE FOR MY CHEESEBURGER DINNER, A  DRINK AND SEVERAL MISCELLANEOUS ITEMS.  While in line waiting to pay for my purchases, I, made  the following statement(s): "I, just met with the mayor, informed him that Officer Frundle had been  stalking, harassing and threatening me ; Mayor Kellogg had assured me that he would take care of the problem. I therefore, felt that the problem was solved." During this conversation the store security guard was present , as was an employee named  Mike,  Ed Keel was  present as well as Officer Moses .

 Officer Moses said: "Do you think that you are going to vote for this GUY, in four years"

Darden said: " I, probably won't be here, in four years. (meaning that our family plans on locating) Store Security Guard said: " What are you going to be DEAD???"
Darden said: " I,  don't plan on it.  We were planning  to  relocate, out of Harvey. "
By this time,  my groceries were paid for and bagged up, and  as I, was walking to the exit, Ed keel walked in front of me. I, overheard the Store Guard say to Ed Keel :

" ARE YOU GOING TO KILL HIM, NOW."

Ed, said NAW, man, (as if the proverbial cat had been let out of the bag)  he walked in a northerly direction; and I, of course walked in a south-west direction home. I, feel that this conversation is important because it tends to  indicate that the Store Guard may have either been  a partie  to the alleged  Conspiracy to Commit Murder of the Darden(s); or he may have knowledge of such conspiracy.

The following  morning on January 24,2004 at 6:15 am, my wife awoke me screaming that someone was shooting in our home  on the downstairs level. I  heard her voice,  as well as the shots, which are extremely loud; we initially thought that somehow, someone had illegally entered our home and were trying to murder us.  Apparently the initial shots were fired at the lower level, in order to kill, maim and/or strike an atmosphere of pandemonium. The intermediate shots were aimed at our bed, within our bedroom and the final set of shots were fired through our bedroom  windows, struck the Darden's bedpost and ; narrowly missed killing Mr. & Mrs. Darden.

**...Had their been an investigation by the proper authorities, in regards to this matter; they possibly would have discovered that the shooter's target was someone in the Darden upper-level bedroom. Witnesses, will support the contention that , although the initial volley of fire** struck the lower-level, and the second volley of fire, struck an area where the Darden's bed was near, and the final volley of fire was directed at it's TARGET, the Darden bedroom. It is interesting to note that apparently, said shooter appeared NOT to be a mere amateur in skills or technique, conversely, based upon observation as well as common sense, We both surmise and it is readily apparent that he was a professionally trained, skilled marksman with perhaps some military and/or law enforcement background; said findings are based upon the strategic positioning of the bullets and the targets which were engaged. It should be further noted as fact , that the Darden bedroom window was the only windows struck in the home; further supporting the inference that the Darden(s) were the target; specifically, Willie L. Darden, Jr.,: Said perpetrators may have perhaps panicked , and felt that if they did not take immediate actions, by murdering same, Darden, may have in effect, opened "Pandora's" proverbial box and expose injustice and corruption in the City of Harvey. It is very important to also note that an examination of the bullet path and or trajectory, would further tend to support the Darden(s) contention that this "guy", was a learned professional, whereas, he strategically placed the (2) bullet slugs in the Darden bedroom in an area struck our bedding, would have been fatal had Mr. Darden, chose to either sit-up on the side of the bed after the initial volley fire, or conversely, had Darden, chose instead to simply stand up, after the initial volley fire, of course he definitely would have sustained a very large, fatal wound to the left side of his skull. Evidence will support the contention that, when responding Officer Neal*# 560 , finally arrived in order to investigate said crime: Both Mr. & Mrs. Darden were in a state of shock, as anyone would imagine in similar circumstances would be; My wife, Naomi Darden was sobbing uncontrollably as were my children, and I, of course had to maintain my composure as a MAN, in front of my family: but let the record show that, Mr. Darden was crying too. There was saw dust debris in my hair as well as on my entire facial area, said officer, asked me how did I get all of that debris on my face? I, informed him that, one or perhaps more bullets which , were fired through our upper-level windows, in effect, struck our bedding and drilled a bullet hole into same, narrowly missed striking Mr. Darden by less than an estimated three- inches or less... immediately after the "point of engagement", had cease, I, Willie L. Darden, cautiously peeked out of our bedroom window and immediately, witnessed a Harvey Police Vehicle exiting the alley , near the crime scene at an accelerated pace; said vehicle traveled in a westerly direction, and from the top of the vehicle , I, Mr. Darden vividly remember that the last number on said vehicle was #4 ( ie-# 2304, 2104, 2004 etc...) We, respectfully request that the Court(s) and/ or the FBI, subpoena the 911 tapes as well as any and all radio/telephone transmissions, deemed appropriate: we, also respectfully request that the FBI subpoena any/all pertinent witnesses, examine ballistic and DNA evidence or any additional evidence related to this cause. It should be pointed out that ALL of the adjoining lights were off on January 24, 2004 @ 6:15 am, thus leaving the area in a "PITCH BLACK", state which was ripe for a premeditated capital- murder- for- hire, conspiracy theory.

**WE, THE DARDEN FAMILY, WHO HAVE ABSOLUTELY ZERO EXPERIENCE AS A CRIMINAL INVESTIGATOR, HAVE BEEN ABLE TO DETERMINE WITH PATIENCE AND PERSERVERANCE THAT THERE ARE AT LEAST (2) INDEPENDENT WITNESSES WHO STATE AS FOLLOWS:**

WITNESS #1: (MALE) ALLEGED SUSPECT WAS SEEN PACE-ING AT OR NEAR 15518 TURLINGTON, SHORTLY BEFORE THE SIX SHOTS WERE FIRED FROM A 45 (AUTOMATIC WEAPON) INTO THE DARDEN HOME. SUSPECT, ALSO, WAS SEEN SPITTING ON THE GROUND, IMMEDIATELY, PRIOR TO THE POINT OF ENGAGING. SUSPECT APPEARED TO BE DRESSED IN ALL DARK CLOTHING, POSSIBLE SKI-MASK AND/OR HOODED OUTERWEAR.

WITNESS#2:( FEMALE)   ALLEGED SUSPECT WAS SEEN AFTER SHOOTING CEASED; INDEPENDENT WITNESS, STATES AS FACT THAT SUSPECT APPEARED TO HAVE A VERY CALM DEMEANOR, IN THAT WITNESS STATES THAT HE SIMPLY , WALKED CASUALLY THROUGH THE ALLEY IN A WESTERLY DIRECTION (after) SHOOTING AS IF HE DIDN'T HAVE A CARE IN THE WORLD. SUSPECT APPEARED TO BE DRESSED IN ALL DARK CLOTHING, POSSIBLE SKI-MASK AND/OR HOODED OUTER WEAR.

---

*We sincerely hope, that neither Mayor Kellogg or Police Chief Joshua are not involed in the Conspiracy to Commit Capital Murder of The Darden Family, specifically W. L. Darden., the alleged TARGET… " **AN INNOCENT MAN HAS NOTHING TO FEAR OR BE AFRAID OF, HOWEVER, ON THE OTHER HAND, A GUILTY MAN SHOULD BE SHAKING IN HIS BOOTS…**

**Question:**
- WHO TOOK A CHANCE AND returned to the scene, days later , after the shooting, AND o RETRIVED spent shell casings,
- perhaps, someone was unsure whether or not they had left evidence, well I, am happy to report that "YOU DID", we are currently preparing to relinquish custody of said evidence to the 'WORLD'S BEST INVESTIGATORS: THE FEDERAL BUREAU OF INVESTIGATIONS", IN ORDER TO DETERMINE THE IDENTITY OF ALLEGED PERPETRATOR(S). WE, THE DARDEN FAMILY WILL PROSECUTE THE ALLEGED PERPETTRATORS TO THE FULLEST EXTENT OF THE LAW…WITH NO EXCEPTIONS!!!

## OFFICER FRUNDLE – EQUALS- MATT HALE

IT SHOULD BE NOTED AS FACT THAT; HARVEY POLICE OFFICER NEAL FRUNDLE: **HAS BEEN IDENTIFIED BY RELIABLE SOURCES AS EITHER A MEMBER OR HAVE DIRECT AFFILIATION TO SUCH "RACIST", HATE BASED GROUPS SUCH AS : NAZI PARTY, ARYAN NATION AND/ OR THE MUCH FEARED AND MALIGNED KKK. THIS INFORMATION HAS BEEN FORWARDED DIRECTLY TO THE FBI. AFTER LISTENING TO SOME OF THE AUDIO TRANSMISSIONS AND/OR SECRET RECORDINGS WHICH WERE SECURED BY THE FBI,   AGAINST**

AVOWED RACIST MATT HALE. I, AM CONVINCED THAT OFFICER
FRUNDLE SHARES VERY SIMILAIR VIEWS AS HALE DOES; APPARENTLY
FRUNDLE HATE'S BLACKS AS WELL AS JEWISH PEOPLE. BOTH MEN
FACE CHARGES AND/OR INDICTMENT RELATING TO ALLEGED
CONSPIRACY TO COMMIT CAPITAL PREMEDITATED MURDER- FOR HIRE.
BOTH MEN WILL BE FOUND GUILTY OF THEIR PROSPECTIVE CRIMES.
It should be noted that the main difference(s) in the Governments case against Hale is
that he foolishly threatened to kill a Federal Judge...you stupid dude...whereas Officer
Frundle foolishly conspired to kill the Darden family. The only major difference that I,
personally could think of is the fact that unlike Hale , Frundle is actually a Harvey
police officer, hmm, that's a scary thought. Remember, Matt Hale was heard laughing
at the fate of the jewish individuals his friend murdered and also when coach
BIRDSONG was killed as well.

TAKEN IN A VACUUM, IT IS APPARENT THAT WE HAVE SHOWN BY A
PERPONDERANCE OF THE EVIDENCE THAT WE SHOULD PREVAIL IN A
CIVIL MATTER HOWEVER, WE ARE NOW ATTEMPTING TO ELIMINATE
REASONABLE DOUBT IN ORDER FOR CRIMINAL INDICTMENT OF OFFICER
FRUNDLE FOR NAMED CHARGES INCLUDING BUT NOT LIMITED TO
RACIAL DISCRIMINATION, RACKETEERING AND CONSPIRACY TO
COMMIT MURDER OF THE DARDEN FAMILY.
WE, HAVE SEVERE EMOTIONAL ISSUES, WHICH WE MUST DEAL WITH DAILY
WHICH ARE DIRECTLY ASSOCIATED WITH THIS PROBLEM. WE PRAY FOR
SWIFT JUSTICE AND/OR PROMPT RELEIF. ENCLOSED ARE SUMMONS,
COMPLAINT AND ATTACHMENTS.

Sincerely yours,
Mr. Willie L. Darden-plaintiff

## MOTIVE- OFFICER FRUNDLE AND CO-CONSPIRATORS

WHO HAS THE MOTIVE? WHO HAS THE MOST TO GAIN? WHO CREATED AND OR SEIZED THE OPPORTUNITY? WELL, BASED UPON THE EVIDENCE, WE , FIRMLY BELIEVE, BASED ON SAME, THAT THE EVIDENCE WILL SUPPORT THE CONTENTION THAT OFFICER FRUNDLE AS WELL AS HIS CO-CONSPIRATORS , PLANNED, IMPLEMENTED AND EXECUTED THE ATTEMPTED MURDER OF THE DARDEN FAMILY!

Evidence will support the contention that Officer Frundle and canine Officer "smurf", have been reported by very reliable sources, to be racist cop's, from the "OLD GUARD", apparently referring to former Mayor Graves"s administration. Based upon vast supporting evidence, it is our belief that the "Motive for Murder", in regards to this matter was: anger, racism, ignorance and fear. Facts, will support the contention that Officer Frundle exhibited a severe disdain for the Darden Family, especially towards Willie Darden since on or about one week after the incident of December, 2000. Officer Frundle threatened Darden and one of his son's as they were legally walking through a nearby alley, near my mother's home @ 226 W. 155th Street, Harvey, Illinois. There are also many other incidents of stalking and harassment, which was exhibited per Officer Frundle towards Mr. Darden. {ie} Incident at Renee's Bakery, formerly Jeans Bakery in Harvey, Illinois, The incident in 2002-2003, whereas Officer Frundle and another Caucasian officer, Simply sprayed mace in my son's face (Napoleane )and eyes for NO APPARENT REASON. This occurred on the day that former Mayor Graves ran for the senatorial election and lost. Such harassment and intimidation type behavior was in fact exhibited per Officer Frundle on a continual basis; therefore inference could be drawn to indicate that said officer acted in a deliberate manner to effectively deprive the Darden Family of their Civil Rights by such illegal acts and or actions, since and including the January, 2001 incident discussed earlier. This is NOT a MERE RECITAL, but a very serious effort to bring Criminal Indictment to those parties, deemed responsible, for said occurrences and/or acts.
It cannot be denied, that on January 18, 2004, I, Willie L. Darden, was an EYE-WITNESS to a murder for hire plot involving the individuals which were previously identified to the Courts as well as the FBI. On January 21, 2004 Officer Frundle was seen stalking Darden at or near One Stop Food & Liquors, where the initial illegal conversation was heard by Darden; Officer Frundle flashed his spot light into Darden's face for NO apparent legal reason; additionall he tried to follow Darden as well. HPD vehicle # 2103- On December 22nd and 23rd Officer Frundle was seen study-ing the route, direction and routine of Darden; as a matter of fact, fact will illustrate that on January 22nd Officer Frundle sat in front of the Darden household for approximately 45 minutes in the front area of the Darden home and approximately 30-45 minutes on the side of said home; for No legal purpose. The record should show that there were many other incident involving Officer Frundle's erratic behavior towards the Darden family. We, donot feel that with the current

climate of "corruption", in the city of Harvey, Illinois that we will receive due process or proper justice in regards to this matter, therefore we are respectfully requesting the assistance of the FBI and the Illinois State Police Crime Lab, in order to relinquish custody of the ballistic evidence, which is currently in our possession. We are afraid of addition retribution and reprisal, in regards to this matter, However , THE TRUTH MUST BE TOLD!!! We fell unsafe in our home as well as in Harvey, Illinois, period . We are requesting that the proper authorities remind the defendant : NO ILLEGAL CONTACT WITH PLAINTIFFS.

We, have been deprived of our rights, which are illustrated within the scope of our BILL OF RIGHTS. Which City Of Harvey employee became a party to this alleged conspiracy to commit capital murder, by effectively insuring that the city street lamps were "off", during the murder attempt? I, Willie L. Darden have witnesses the street lamps ON for at least 90 days since said incident. Inference could be drawn to indicate that the lights were turned off purposely by a city employee. We, respectfully expect swift justice as well as severe economic penalties, including but not limited to actual and compensatory damages (multiplied by 9) in order to effectively force said Defendant to do the right thing. What? Is the value of life...there are No amount of funds... which will effectively recompense us for our lives ...or lack thereof......

Sincerely yours,
Mr. Willie L. Darden Jr.

... a house divided...will NOT stand...

# A savvy top cop

## Andrew Joshua smoothly takes over Harvey police



Star photos by Joseph P. Meier

(a18)





Photo credit by Chris Sweda

Harvey Mayor Eric Kellogg talks with concerned residents near the corner of 152nd Street and Page Avenue on Wednesday.

Harvey Mayor Eric Kellogg and city officials, followed by reporters, patrol a Harvey neighborhood on Wednesday as part of the new MIA initiative to reduce crime rates. "Today, the men of Harvey will begin to take back the streets," Kellogg said.



Star photo by Chris Swed
Star photos by Robert Milkowski

Above, Harvey mayor-elect Eric Kellogg, celebrates his victory Tuesday over Nick Graves. At right, Diane Patterson of Harvey and others cheer at the victory speech. "This is truly a victory for the people," Kellogg said. "I am feeling a surge of positive energy. This is a new direction for the citizens of Harvey. ... The key to winning this election was that we stayed on the issues. ... The people were tired of corruption and just wanted good government."



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| WILLIE L. DARDEN, JR.; individually and as<br>Guardian of SHYMIA DARDEN, PURETY DARDEN,<br>NAOMI DARDEN, PERRIER DARDEN and NAPOLEANE DARDEN<br><br>Plaintiffs | )<br>)<br>)<br>)<br>)<br>) No. 02 C 9299<br>)<br>) Judge Elaine Bucklo<br>) Magistrate Judge Nolan |
| OFFICER FRUNDLE, an officer of the Harvey Police Department,<br>OFFICER CAGE, an officer of the Harvey Police Department,<br>OFFICER ADAMS, an officer of the Harvey Police Department,<br>JAMES KYLES, and DENISE BROGDON,<br>Defendants. | )<br>)<br>)<br>)<br>) |

**TO:      ATTORNEY MICHAEL RISSMAN / MAYER, BROWN, ROWE & MAW LLP.**
**@ 190 S. LaSalle Street. Chicago, Illinois. 60603-3441**

**NOW COMES PLAINTIFF(S), ON THIS 24TH DAY OF MARCH, 2004. EXACTLY (2) MONTHS TO THE DAY THAT A MURDER ATTEMPT WAS MADE ON THE LIVES OF MY ENTIRE FAMILY; SEEKING THE IMMEDIATE RESIGNATION OF BOTH MAYOR KELLOGG AND CHIEF ANDREW JOSHUA DUE TO APPARENT INCOMPETENCE.. WE, THE DARDEN PLAINTIFF(S) ON FEBRUARY 27TH, SUBMITTED A TYPED DOCUMENT RELATING TO YOUR FILING OF A MOTION BEFORE THE COURTS SEEKING ANSWERS IN REGARDS TO THESE VERY SERIOUS ALLEGATIONS: TO THIS DATE WE, HAVE NEVER RECEIVED ANY RESPONSE BY EITHER THE MAYOR, OR FROM CHIEF JOSHUA; WE, THE DARDEN PLAINTIFF(S), STRONGLY BELIEVE, BASED UPON THE EVIDENCE THAT OFFICER NEAL #560, HARVEY CHIEF OF POLICE ANDREW JOSHUA AND MAYOR ERIC KELLOGG SHOULD BE HELD IN CONTEMPT FOR VIOLATING THE CIVIL RIGHT(S) OF THE DARDEN PLAINTIFF(S), BY EFFECTIVELY "FAILING", TO TREAT THE DARDEN PLAINTIFF(S) TO THE SAME STANDARDS. IT IS OUR CONTENTION , THAT DARDEN PLAINTIFF(S) WERE NOT PROVIDED WITH "DUE PROCESS/ DUE DILLIGENCE" IN REGARDS TO THIS MATTER ; ADDITIONALLY, NO CONCERTED EFFORTS HAVE BEEN DEMONSTRATED AT ANY TIME , BY ANYONE ASSOCIATED WITH EITHER THE MAYOR(S) OFFICE OR THE HARVEY POLICE DEPARTMENT. WHO DROPPED THE BALL???    WHY???    WE HAVE BALLISTICS EVIDENCE/PICTURES ........................IS THERE A COVER-UP???**



Now comes Plaintiff(s), in this cause namely Mr. Willie L. Darden Jr; on behalf thereof, to advise counsel, Attorney Michael P. Rissman, to immediately prepare and forward Motion to the Court(s), to in effect include Mayor Eric Kellogg, Officer Neal (Star#560) and Harvey Police Chief Andrew Joshua as Defendant(s) in this cause. We, the Plaintiff(s) have shown a high degree of patience in regards to this matter, and are demanding both answers as well as equal justice.

We are prepared to prove by any means whether it be " beyond a reasonable doubt", or "by a preponderance of the evidence ", that the following allegations are TRUE. We; the Plaintiff(s) in this cause have valid reason to believe that the above mentioned parties willfully and consciously failed to perform the duties of their professions; and in effect violated the Civil Rights of the Darden Plaintiff(s). It cannot be denied that said parties had a sworn "DUTY" as well as an "OBLIGATION to both "Protect and Serve", the Plaintiff(s), yet they failed to provide equal and just treatment. WHY??? Plaintiff(s), state also as fact that named parties had a "fiduciary responsibility", to the Darden(s); Yet they failed to honor it. WHY??? There was an obvious dereliction of duty As it relates to this matter. WHY??? Although it is a fact that, On February 28th, 2004 We, the Plaintiff(s) prepared and forwarded a Motion to our counsel, Attorney Rissmann, in an effort to advise him in regards to pertinent matters relating to this cause and to inform him of my conversation with the Federal Bureau Of Investigation(s). Within said document, we also were seeking ANSWERS from the Defendant(s) in an effort to seek sufficient evidence which leads to criminal indictment, arrest and conviction of the alleged perpetrators deemed responsible for the "ATTEMPTED MURDER", of the Darden Family, on January 24, 2004. It should noted as fact that, the Darden Plaintiff(s) had contacted both Mayor Kellogg as well as Chief Joshua by mail correspondence and/or face to face days prior to this occurrence on 01/24/04, in a effort to seek immediate intervention and effectively conduct their own investigation in effect to avoid a possible professional negligence claim ; especially since the Darden plaintiff(s) had previously reported to the Courts and ALL interested parties/ which included Mayor Kellogg and Chief Joshua ; Of serious allegations of "Murder For Hire Conspiracy", on the lives of the Darden Family by some member(s) of the Harvey Police Department, namely Officer Neal S. Frundle as well as his co-conspirators. It should also be noted that on the morning of the actual murder attempt, only mere seconds after the shooting ceased I, Willie L. Darden Jr. state as fact that I, personally looked out of my bedroom window and saw a Harvey Police vehicle exiting the scene in a semi-hurriedly fashion ; additionally when I called 911 on 01/24/2004 at approximately 6:20am, I informed both the 911 operator as well as the responding officer that there was suspected police involvement. WHAT happened to " SETTING UP A PERIMETER? WHY, was there NO INVESTIGATION, in regards to this matter??? WHY, didn't ANYONE other than the Plaintiffs collect any existing evidence from the CRIME SCENE??? WHY, was there NO CRIME SCENE ESTABLISHED by anyone from the Harvey Police Department.??? WHY didn't Anyone interview any witnesses; although there were at least (4) witnesses. WHY have the " **21 Questions** ", posed by the plaintiff(s) to the defendants remained unanswered???

Although, I , in fact, am not a licensed attorney; I definitely am NOT a FOOL; either. It does not take a genius to figure out that "something is seriously wrong with this picture".

Absent any other valid response from said parties it is evident to us, that we are simply being ignored and apparently are either not being taken seriously or perhaps an investigation may in effect have produced "evidence" connecting some member(s) of the Harvey Police Department to this crime. We will not allow this matter to be simply swept under the "rug". We are citizens in good standing in our community and as law abiding tax payers who have lived in Harvey for over 37 years and , who worked on the "Kellogg for Mayor campaign", voted for Kellogg for Mayor and encouraged the entire family, including Plaintiff(s) mother to vote for Eric Kellogg for Mayor. It should be noted as fact that Chief Joshua actually drove by my mothers house on election day @ 226 w. 155th Street in Harvey, Illinois and actually chauffeured her both to and from her voting precinct, in order to attain her vote for Mr. Kellogg. We would like to state for the record as fact that, we have No political connections or affiliations to anyone at this time; and it should be clear to everyone that we have absolutely NO political ambitions. Was this a deliberate attempt by the defendants to in effect botch this investigation by ignoring it and hope-ing that it would simply go away?

Was this simply a deliberate attempt to sabotage or derail the investigation??? WAS the "failure to act in a timely manner", due to alleged incompetence, in regards to Mayor Eric Kellogg, Officer Neal (star#560) and/or Harvey Police Chief Joshua????

Absent any other valid response to theses and many other lingering questions of interest, inference could be drawn to indicate that the Civil Rights of the Darden Plaintiff(s) were violated by the above named parties when they withheld evidence and thus discriminated against them in an effort to impede/botch an investigation by failing to provide the same standard as that which had been afforded other citizens. We are prepared to prove that Defendants engaged in extortion of plaintiffs by using actual and threatened use of force, violence and fear", WE sincerely believe, and are prepared to affirm by evidence that said parties had absolutely no valid reason for choosing such actions. Said actions may have forever adversely affected this matter and may have in effect violated not only the Civil Rights of said plaintiff(s) but may have acted to deprive Same of their rights to "DUE PROCESS". Inference could also be drawn and should be, to indicate that these actions should be viewed as retaliatory and discriminatory forms of Obstruction Of Justice; It is very apparent to us , that this situation " **smells like corruption**", we are instructing Attorney Rissman to forward copies of this document to the Racketeering And Fraud Division Of The U.S. Department Of Justice; better known as R. I. C. O. as well as to the F.B.I. in an effort to advise them as to your actions or lack thereof. We are also giving our counsel permission to release all pertinent information to "any and all", NEWS MEDIA OUTLET'S who may deem this a newsworthy item of interest for their viewers.

**...In a recent article in the local Star Newspaper, written by Barbara L.W. Myers:**
### HARVEY MAYOR LASHES OUT AT MEDIA

**" apparently, the Mayor Eric Kellogg told city council members that attacks on his character by the media are counterproductive to redeveloping his community and that they create fictional stories that are manufactured and designed to destroy his image and credibility.Kellogg said that there have been attacks on his family, as well as death threats,.**

**...In another very recent article from the same newspaper dated January 29, 2004**

by star reporter Stephen Stanis:

      3 SUE MAYOR KELLOGG, POLICE OVER QUESTIONS
" mayor Kellogg and top police officials were accused in a federal lawsuit filed by three former employees. Jonetta Reeves-Smith, Karen Tompkins and LaTonya Ruffin-non of which are either known or connected to Plaintiffs in any way-were questioned individually OCTOBER / 02 as part of an investigation, into alleged "DEATH THREATS", MADE AGAINST THE MAYOR.The woman were not only questioned about the alleged death threats against the mayor, but also about their personal sex life. In addition to Kellogg, the women were questioned by Harvey Police Chief Andrew Joshua, Commander(s) Merritt Gentry and Darnell Keel."
"Acting on information received by the Chief of Police, Joshua members of the Harvey Police Department conducted a through, professional and lawful investigation."

On April 1, 2003 Kellogg defeated Graves. April 03/03 Star Newspaper by Stephen Stanis:" This is truly a victory for the people," Kellogg said, I am feeling a surge of positive energy. This is a new direction for the citizens of Harvey... The key to winning this election was that we stayed on the issues....The people were tired of CORRUPTION and just wanted good government."....We want to get a total Picture of the city, Kellogg said," This will be government FOR THE PEOPLE BY THE PEOPLE !!!"

We, the Darden Plaintiff(s) in this matter will prove by utilizing evidence that These allegations are TRUE and that the Mayor illegally violated the Civil Rights of the Darden Family Plaintiffs by his failure to ACT in a reasonably similiar manner which he afforded to his own investigation of allegations of death threats which were directed at either him or his family.
Mr. Mayor, apparently you've lied to your constituents as well as to your friends. REMEMBER, PRIOR TO THE ELECTION YOU SAID: " THE PEOPLE WERE TIRED OF CORRUPTION AND JUST WANTED GOOD GOVERNMENT... THIS WILL BE GOVERNMENT FOR THE PEOPLE BY THE PEOPLE."
QUESTION...THE DARDEN FAMILY ARE PEOPLE TOO...so what happened to equal justice??? (note: Willie L. Darden has known Mayor Eric Kellogg since high school, at Thornton Township High School in Harvey for over 30 years; prior to the January 24, 2004 incident Mr. Darden considered Mr. "BucK" (nickname) Kellogg a friend ???
We, the Darden Family, would like to state as fact that we are NOT trying to tarnish, defame nor destroy ANYONE(S) image or credibility; We ARE seeking TRUTH and JUSTICE, the American Way...through the legal system!!!
*** Former Mayor Nick Graves stated in a Star Tribune article, written by Stephen Stanis: " The Kellogg camp is the most corrupt group elected to office. I don't feel sad for losing, the only thing I feel sad about is you, my friends. I feel sorry for the city of Harvey because it is in for some rough times. I think the city will be in much worse shape in six months to a year. " Graves said he will be moving out of Harvey.
... Mayor Kellogg was former Mayor Graves correct when he made these dire predictions??? The mind wonders....

...As one Kellogg supporter put it, " There's a NEW SHERIFF in town", Star Tribune by Stephen Stanis....in another article in the same paper written by the same editor states: Andrew Joshua may look more like a politician than a cop these days, but the 30 year resident and 16 year veteran of the police force is firmly in touch with the street and the community. Joshua, 46, was named to the top spot by newly elected Mayor Eric Kellogg shortly after Kellogg took office in April. Chief of Police in Harvey rounds out a career for Joshua in the city where he has been a juvenile officer, investigations division sergeant, patrol supervisor and Dare Officer, among others. Joshua came to the department in 1987 after having worked as a security guard at Ingalls Memorial Hospital for seven years. Chief Joshua graduated from Thornton Township High School, Thornton Community College, and Governors State University. Chief Joshua stated shortly being appointed as the Top Cop in the Harvey Police Department " You need to work in harmony with the community, I don't forsee any real great challenges because it doesn't appear there is anything that can happen that I can't deal with, I don't feel the union dispute is a hindrance. Officers are still doing their jobs. The new Chief said everyone has their own techniques, but the ONE THING that he'd like to impart to his new officers is to treat ALL PEOPLE with RESPECT. They ought to treat people the way they want to be treated. You don't want to bring a PROBLEM to YOURSELF; You might have a bad individual or a person like a drug dealer or a gangbanger, but if you give them RESPECT, you will get RESPECT.

Chief Joshua, please be advised that although we are not gangbangers, nor drug dealers; we firmly believe that as citizens in good standing in our community, we deserve to be given the same rights and priviledges as any other citizen. In other words we deserve RESPECT, and Justice as any other citizen would. It is a fact that when death treats were directed and/or carried out in regards to the Mayor and/or his family, you Chief Joshua ordered a full fledged investigation.
* 3. Sue, Mayor Kellogg, police over questioning (January 29, 2004) Star Newspaper
   • by Stephen Stanis

In another article in the same newspaper entitled " Harvey: Police investigate gunshots in the street. In this article apparently the Harvey Police investigated gunshots fired in the 14900 block of South Washington Street. Police additionally, Questioned witnesses and increased patrols in the area following the reports of gunfire. The bullets entered an apartment at 14900 S. Washington;. But no one was injured during the incident, the police were continuing to investigate the incident;" According to city of Harvey spokesman Sean Howard.

Both my attorney Michael Rissman as well as the F.B.I have questioned me, In regards to this matter and have inquired as to , "Why haven't anyone from the HPD or the State Police Crime Scene Technicians office contacted you in order to collect "ballistic and picture evidence of the scene, which was secured untainted by the plaintiff(s) shortly after the shooting ceased on 01/24/04". It is apparent, based on the evidence that with your vast knowledge and experience, Chief Joshua, that

" A  law breaker, is a lawbreaker; it doesn't matter if you are a lawmaker, because the penalty is the same." It is a fact that , We the plaintiff(s) in this cause have reason to believe that at least two of your officers namely Officer Neal Frundle and Canine Officer  aka "Smurf", are according to reliable sources either members or have direct affiliation to "racist, hate based groups such as the  KKK, NAZI PARTY and  the ARRYAN BROTHERHOOD". We have reported this information to the FBI. Chief Joshua, as you may know, I, have known you for over 10 years, I have had nothing but respect for you, the Mayor, and the Harvey Police Department;  I, have witnessed the positive changes that both you and the Mayor have implemented and things seems to be slowly  changing for the better; that is until this situation occurred. I have always thought of you as the consummate professional when it comes to investigations; with 16 years of experience in the department working in the investigation division , with the rank of  sergeant., patrol supervisor and seven years as a security guard at Ingalls Hospital, in Harvey, Illinois.  It is apparent to anyone with average intellect that with your credentials, you would be knowledgable in regards to evidence collections, interviewing witnesses, setting up a perimeter, establishing a crime scene and general investigative techniques. However, apparently based upon the way the investigation or lack there of went in regards to the Darden Family. Facts will support the contention that I, Willie L. Darden contacted both you Chief Joshua as well as Mayor Kellogg just days prior to the occurrence; on January 21st and 23rd. A a matter of fact I, spoke to Mayor Kellogg in person on January 23rd, hours before the alleged murder attempt was made ; I informed Mayor Kellogg and Chief Joshua that I was being stalked, harassed, studied and threatened by Defendant Frundle, and that  We requested that the Mayor and chief Joshua perform their own investigation and also intervene in regards to this matter in order to avoid a civil matter from becoming a  criminal one with dire consequences.
 It should be noted that neither Mayor Kellogg, Chief Joshua nor Officer Neal star #560 were ever  considered defendants in this cause herein, prior to this incident.
 Chief, with all due respect, YOU KNEW WHAT TO DO, WHEN TO DO IT, and WHERE TO DO IT in regards to the  professional manner concerning criminal investigations; since this fact has been established as well as the fact that both you as well as the Mayor were properly notified: The failure to act has caused Plaintiffs irreparable  collateral damage in that said actions or inactions have in effect, intentionally inflicted severe emotional stress/duress to plaintiffs and has placed same in a constant state of fear and  the anxiety associated with retribution as it relates to this cause. This type of behavior cannot and will not be considered  as
 "GOOD GOVERNMENT", that Mayor Kellogg spoke of during the election; This is NOT the RESPECT that you Chief Joshua spoke of; We the DardenFamily feel that of Civil Rights were violated when we were not provided with the same level of professionalism  and/or common  courtesy that other (s)  in simulair  circumstances were afforded. " The statement ,  Government  of the people, for the people, by the people  means nothing if you don't include the people; The Darden(s) are PEOPLE too, and deserved to be treated fairly and without  preferential or differential treatment. We are tired of public officials who either lie to the Federal Grand Jury, The FBI of cowardly choose to plead the fifth amendment: I really wish that they

would just tell the truth, the first time. National statistics would support the contention that, Good police work involves the utilization of enforced preventative measures, whereas poor police tactics tend to lead to a marketable increase in the crime rate/index. We, plaintiffs, strongly feel that we ,have truly proven by a preponderance of the evidence that the above named parties should be added as defendants show cause why they should not be held in contempt for obstruction of justice, voluntarily submit resignation due to apparent incompetence and remanded to answer questions in regards to this matter and have the opportunity to speak and or defend themselves , while explaining the reasons for their adverse actions.

Recently, I read several books about the J. Edgar Hoover and his FBI. Included in these reading was a book entitled , The Life Of J. Edgar Hoover: Secrecy And Power. By Richard GID Powers. and The Director: by Ovid Demaris:

Quote: ....In his last appearance before the House Appropriations Subcomittee, Hoover was in rare form, Mr. Chairman, he said, addressing his old friend, John Rooney, I, have a philosophy, you are honored by your friends and you are distinguished by your enemies. I have been very distinguished... I personally would like to thank the FBI and give a posthumous thanks to Mr. Clyde Tolson and J. Edgar Hoover for hiring the first "Negro", Special Agent, namely James E. Crawford.

A HOUSE DIVIDED...

Mr. Willie L. Darden-





IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| WILLIE L. DARDEN, JR.; individually and as Guardian of SHYMIA DARDEN, PURETY DARDEN, NAOMI DARDEN, PERRIER DARDEN and NAPOLEANE DARDEN<br><br>Plaintiffs<br><br>v.<br><br>OFFICER FRUNDLE, an officer of the Harvey Police Department, OFFICER CAGE, an officer of the Harvey Police Department, OFFICER ADAMS, an officer of the Harvey Police Department, JAMES KYLES, and DENISE BROGDON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 02 C 9299<br>)<br>) Judge Elaine Bucklo<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To: Michael P. Rissman/Mayer, Brown, Rowe & Maw LLP, 190 South LaSalle Street, Chicago, Illinois, 60603-3441

Hello Attorney Rissman: This purpose of this correspondence, is meant to advise you, in regards to pertinent issues, as they relate to this matter. I, have spoken with the Federal Bureau Of Investigation, and have been given specific instructions, by them, to immediately contact you, my attorney, and that I, should relinquish any and all pertinent evidence, relating to this matter to you: Attorney Rissman , you are then instructed to immediately contact the F.B.I. and forward said evidence directly to them for inventory and analysis.

**PROOF OF SERVICE**
_____

**The undersigned non-attorney, being first duly sworn upon oath, deposes and states that he faxed a copy of this notice to the above party on the 27th day of February on or before the hour of 5:00p.m. in Harvey, Illinois.**
**Subscribed and Sworn to before me this 27th day of February, 2004 @_____ p.m.**

_____

**Notary Public**

Now comes Plaintiff(s) in this cause namely Mr. Willie L. Darden, Jr. to advise counsel, Attorney Michael Rissman, to kindly prepare and forward an original or condensed copy of this document in order to file said motion seeking answers from Defendant(s) and or other material witnesses: in an effort to seek sufficient evidence which leads to criminal indictment, arrest and conviction of the alleged perpetrator(s) deemed responsible for such illegal /adverse actions on January 24, 2004.

Pertinent evidence will seek to "shine a bright light", on the identity of the alleged perpetrator and/or his fellow co-conspirators. I, am compelled to work diligently and steadfastly towards both identifying said shooter in preparation for criminal indictment that leads to arrest and conviction of the alleged PERP(S). We, donot feel safe, even in our own homes, and especially when either going to school or work. We, firmly feel and are prepared to prove , that this was a deliberate, well thought out plan to effectively "silence the messenger" by murdering same. Surely. like ANY man, I, would LOVE to live to see both my childen, as well as my grand children, grow up and prosper in life. I, however, cannot control this, because "death" is certain, at some intervals. I can , however, control bringing pertinent issues to clarity; as they relate to this cause. It should be noted that we are in fact afraid of further retribution , but the truth MUST be told TODAY!
Although, We, the Plaintiff(s) in this cause , have waited patiently for over 30 days for someone from the Harvey Police Department to contact us in regards to investigation of the alleged incident that occurred at 6:15 a.m. on January 24, 2004. I am appalled to report that absolutely NOTHING has been done in regards to this very serious matter. WHY? Is this a cover-up?

I, readily admit that lodging these very serious charges against a police officer is nothing that should be taken lightly, I, am however, left with no other alternative, due to murder attempt that was documented days prior to actual shooting. We realize with clarity, that sometimes, attempted murder becomes "MURDER".

This action should NOT be misconstrued nor viewed as a blanket indictment on the entire Harvey Police Department nor ANY law enforcement agencies in general. There ARE some very professional, hardworking officers in the Harvey Police Department, such as Officer Sims, Officer Coleman, Detective(s) Wells, Martin, Boone and Gbur just to name a few. It is my factual sworn statement that seconds after the shooting stopped I , personally witnessed a HPD vehicle exit the nearby alley and continue in a westerly direction at a high rate of speed. This is totally Not beyond The realm of possibility because just recently former policeman Kevin Jones was caught actually robbing drug dealers on the west side of Chicago. Perhaps had the Chicago Police Department not intervened when they did who knows he may have murdered someone especially if they' had resisted being robbed. Attorney Rissman kindly subpoena the 911 tape recordings to be retained for evidence.

We, the Plaintiff(s), in this cause are and have been unable to **SLEEP** at night since this incident occurred: , I, Willie L. Darden have reoccurring nightmares involving "dark figures", stalking and attempting to murder me and my family.

### POLICE-ING........ IS ON TRIAL
### (BACKGROUND INFORMATION)
*excerpt of motion dated January 20th, 2004-before murder attempt!

ON SUNDAY, JANUARY 18,2004 WITHIN THE CITY LIMITS OF HARVEY, ILLINOIS. I, WILLIE L. DARDEN PERSONALLY OVERHEARD AND ACTUALLY WITNESSED AT LEAST TWO INDIVIDUALS DISCUSSING HIRING A "hit man" IN ORDER TO MURDER SOMEONE WHOM BY THEIR OWN ADMISSION THEY CONSIDERED IN THEIR OWN WORDS " a smart-ass mother-fucker". I, WILLIE L. DARDEN, JR. HAVE VALID REASON TO BELIEVE THAT THE PERSON THAT THEY WERE SPEAKING ABOUT MURDERING , WAS MYSELF. I SUBMIT AS FACT, THAT I WAS THE ONLY PERSON WHICH WAS IN CLOSE PROXIMITY TO THESE INDIVIDUALS, THEY WERE ACTUALLY LOOKING DIRECTLY AT ME DURING THE ALLEGED CONVERSATION ,AS A MATTER OF FACT, THESE INDIVIDUALS "GOT MY ATTENTION", TO THE POINT THAT I, SIMPLY HAD TO INTERJECT: I, RESPONDED " DR. ML. KING WAS MURDERED FOR HIS BELEIFS IN THE TRUTH, IF SOMEONE WANTS TO MURDER ME FOR TELLING THE TRUTH, THEN I AM A DEAD MAN!" I WILL NOT LIE TO THE FEDERAL GRAND JURY IN REGARDS TO THESE VERY SERIOUS ALLEGATIONS. I, FURTHER STATED THAT I. WOULD NOT RELENT EVEN AT THE THREAT OF IMMINENT DEATH/DANGER. I WAS IN FACT VERY CONCERNED IN REGARDS TO THIS MATTER , SO CONCERNED THAT I SOUGHT INTERVENTION FROM NOT ONLY THE COURTS BUT ALSO FROM HARVEY MAYOR ERIC KELLOGG AND THE CURRENT HARVEY CHIEF OF POLICE ANDREW JOSHUA, BOTH MAYOR KELLOGG AS WELL AS CHIEF JOSHUA RECEIVED PRIOR NOTIFICATION IN ORDER TO PROPERLY ALLOW THEM AN OPPORTUNITY TO INTERVENE AS WELL AS CONDUCT THEIR OWN INVESTIGATION, TO EITHER PROVE OR DISPROVE THESE VERY SERIOUS ALLEGATIONS. I FURTHER STATED WITHIN SAID DOCUMENT THAT I, WILLIE L. DARDEN JR. WILL NOT BE THREATENED, INTIMIDATED, COERCED, BLACKMAILED, BRIBED NOR HARASSED IN ORDER TO CAUSE ABANDONMENT OF THIS CAUSE; WHICH IS BEFORE THIS COURT OF LAW. FURTHER SAID DOCUMENT SHALL BE UTILIZED AS EVIDENCE IN THE EVENT THAT DEFENDANTS CHOOSE TO CHANGE THIS FROM A CIVIL MATTER TO A CRIMINAL MATTER OF PREMEDITATED MURDER WITH DIRE CONSEQUENCES !!! BOTH MY ATTORNEY, MICHAEL RISSMAN AS WELL AS THE F.B.I. HAVE BEEN NOTIFIED AS TO THE IDENTITY OF THESE (2) INDIVIDUALS OF INTEREST. BOTH INDIVIDUALS HAVE EITHER A DIRECT/ INDIRECT CONNECTION TO THE DEFENDANTS AND/OR THIS CAUSE. IT SHOULD BE NOTED AS FACT THAT ONE OF THE INDIVIDUALS IS A CURRENT HARVEY POLICE OFFICER AND THE SECOND

INDIVIDUAL IS AN EX-FELON, A CITY EMPLOYEE, AND THE BROTHER OF A HARVEY POLICE OFFICIAL: FIRMLY BELIEVE THAT WAS AN ATTEMPT TO EITHER FRIGHTEN ME INTO DROPPING THE PENDING CAUSE OR ASSASSINATE ME IN ORDER TO VOID MY TESTIMONY, AND THUS AVOID THE TRUTH BEING TOLD.
*excerpts from addendum to prior motion dated January 23,2004- before murder attempt.

ON JANUARY 21,22 AND 23RD, I., WILLIE L. DARDEN NOTICED VERY SUSPICIOUS ACTIVITY IN REGARDS TO DEFENDANTS ACTIONS WHICH WERE DIRECTED TOWARDS PLAINTIFFS.
SAID PURPOSE OF ADDENDUM WAS TO NOTIFY THE COURTS AND ALL PARTIES OF NEW ALLEGATIONS OF STALKING, PREYING, TAMPERING AND CONTRACT FOR HIRE MURDER CONSPIRACY BY DEFENDANT FRUNDLE, IN A EFFORT TO DENY PLAINTIFF, A FEDERALLY PROTECTED WITNESS FROM TERSTIFYING IN REGARDS TO THIS CAUSE; AND TO PRESENT SUPPORTING EVIDENCE WHICH IS SUFFICIENT TO ESTABLISH A "PRIMA FACEA" CASE LEADING TO A FINDING OF CONTEMPT OF COURT AND/OR CRIMINAL INDICTMENT OF DEFENDANT NEAL. S. FRUNDLE.

WITHIN SAID DOCUMENT I, STATED AS FACT THAT: IT OS APPARENT THAT DEFENDANT FRUNDLE DOES NOT RESPECT THE VERY LAWS THAT HE WAS SWORN/HIRED TO UPHOLD; IF HE DID THEN HE WOULD NOT CONTINUALLY BREAK THEM. IT WAS AND STILL IS MY OPINION BASED UPON THE EVIDENCE. THAT DEFENDANT FRUNDLE APPARENTLY HAS A PROBLEM FOLLOWING DIRECTIONS AND THE LETTER OF THE LAW AS IT WAS INTENDED. AS A MATTER OF FACT EVIDENCE WILL SUPPORT THE CONTENTION THE DEFENDANT FRUNDLE LACKS CREDIBILITY IN THAT HE LIED PREVIOUSLY UNDER OATH, FRUNDLE HAS EVEN LIED EXTENSIVELY DURING THE DISCOVERY PROCESS. DEFENDANT FRUNDLE HAS A PROPENCITY FOR NOT TELLING THE TRUTH AND/OR DISHONESTY. DEFENDANT FRUNDLE IS/WAS A DEFENDANT IN ANOTHER LAWSUIT INVOLVING LYING, A FALSE ARREST CLAIM. DEFENDANT FRUNDLE HAS THREATENED AND/OR HARASSED PLAINTIFF DARDEN AS EARLY AS LESS THAN ONE WEEK AFTER THE DECEMBER, 2000 INCIDENT. DARDEN DOCUMENTED THESE INCIDENCES AND HAS FORWARDED THEM TO HIS ATTORNEY. IT IS APPARENT BASED UPON THE EXIBITED BEHAVIOR OF SAME, THAT DEFENDANT FRUNDLE HAS SHOWN A DISDAIN AND CONTINUAL PATTERN OF "URBAN TERRORISM", SINCE DECEMBER, 2000. DEFENDANT FRUNDLE HAS ON NUMEROUS OCCASSIONS SHOWN BY HIS DEMEANOR, FACIAL EXPRESSIONS ETC THAT HE HAS HATRED TOWARDS THE DARDEN PLAINTIFFS, AND ESPECIALLY TOWARDS, WILLIE L. DARDEN JR. I STATED FURTHER THAT FRUNDLES ANGER HAD CONSUMED HIM TO THE POINT OF "CONSPIRACY TO COMMIT MURDER". FRUNDLE REALIZES THAT THE TRUTH WILL BE REVEALED AND HIS LIES WOULD BE EXPOSED. ADDITIONALLY, I AM NOT A LEARNED PSYCHOLOGIST, IT IS MY NON-PROFESSIONAL OPINION THAT DEFENDANT FRUNDLE IS A TICKING TIME

BOMB WAITING TO EXPLODE, AND I, FURTHER SURMISED BASED UPON MY
OBSERVATIONS THAT DEFENDANT FRUNDLE, ON OCCASSION TENDS TO
DISPLAY BEHAVIOR THAT IS CONSISTENT WITH SOMEONE WHO MAY BE
MENTALLY UNSTABLE, AND WHO MAY BE PRONE TO EXHIBIT SEVERE
BOUTS OF VIOLENCE, ACCOMPANIED BY THE INABILITY TO DISTINGUISH
RIGHT FROM WRONG WHEN PLACED IN A STRESSFUL SITUATION OVER AN
EXTENDED PERIOD. I, FURTHER IDENTIFIED FRUNDLE AS THE ALLEGED
MASTERMIND OF SAID CONSPIRACY AND FURTHER STATED THAT HE, AS
WELL AS HIS CO-CONSPIRATORS HAD THE MOTIVE, THE MOST TO GAIN
AND THE OPPORTUNITY. I, ALSO STATED AS FACT THAT FRUNDLE WAS
WITNESSED IN THE ACT OF STALKING, LURKING AND STUDYING THE
ROUTINE, DIRECTION AND MOVEMENTS OF PLAINTIFFS AS RECENTLY AS
JANUARY 21, 22, AND 23RD. WHY?

RELIABLE SOURCES HAVE INFORMED ME THAT OFFICER NEAL S. FRUNDLE
AND A YET UNNAMED CANINE OFFICER WITH THE NICKNAME (SMURF/PA
PA SMURF) ARE BOTH RACISTS. THE REASON THAT I, AM SHEDDING
LIGHT ON THIS PARTICULAR ISSUE IS BECAUSE IT ALSO TENDS TO
ESTABLISH MOTIVE! BOTH OFFICERS HAVE AT SOME POINT OR ANOTHER
ACTED TO EITHER HARASS OR INTIMIDATE PLAINTIFFS AND/OR
PLAINTIFFS MOTHER, NAMELY BERNICE BARNES AT HER RESIDENCE
LOCATED AT 226 WEST 155TH STREET, IN HARVEY, ILLINOIS. SHE IS
SERIOUSLY CONSIDERING RE-FILING ADDITION CHARGES OF CIVIL
RIGHTS VIOLATIONS IN REGARDS TO THIS MATTER. IT SHOULD BE NOTED
THAT THE ONLY REASON THAT MRS. BARNES DROPPED THE PRIOR SUIT
WAS DUE TO HER POOR HEALTH AND THE FACT THAT THE MAYOR ERIC
KELLOGG,PROMISED THAT HE WOULD PERSONALLY, INSURE THAT ALL OF
THE DAMAGES INCLUDING THAT TO HER FRONT DOOR WOULD BE
INDEMNIFIED THROUGH THE CITY, IN AN EFFORT TO RESOLVE SAID ISSUE,
ABSENT LITIGATION. NEITHER MY MOTHER NOR I, HAVE RECEIVED ANY
SATISFACTION FROM ANYONE IN REGARDS TO THIS MATTER.

WE, PLAINTIFFS, HAVE BEEN VERY PATIENT WHILE SEEKING TO
STRAIGHTEN OUT THIS MESS! THE EVIDENCE WILL CLEARLY SHOW THAT
THERE WERE (6) BULLETS FIRED, AT (6) PLAINTIFFS; YOU DON'T HAVE TO
BE A ROCKET SCIENTIST TO FIGURE THIS ONE OUT. WE HAVE NOT ASKED
ANYONE TO SIMPLY RUSH TO JUDGEMENT, BECAUSE TO DO SO MAY HAVE
BOTCHED THE INVESTIGATION OR COULD HAVE BEEN CONSTRUED AS
POOR INVESTIGATIVE WORK: HOWEVER, THIS DOES NOT APPLY IN THIS
HEREIN. IT HAS BEEN WELL OVER A 30 DAY PERIOD AND YET NOTHING.
NO INVESTIGATION, NO COLLECTION OF DATA/EVIDENCE, NO
INTERVIEWING OF POTENTIAL WITNESSES, NO CREATION OF CRIME SCENE
ETC. WHY??? WE, WILL CONTINUALLY WAIT AND BE PATIENT FOR THAT
DAY WHEN WE RECEIVE PROPER JUSTICE IN REGARDS TO THIS MATTER
OF EXTREME IMPORTANCE. THIS ALL SEEMS LIKE A BAD SCENE FROM THE
MOVIE, "KILL BILL", HOWEVER IN THIS VERSION THE NAME WAS

CHANGED TO "KILL WILL...ie". it's a damn shame that each and every day of our lives we are in a constant state of fear of retribution. I, Willie L. Darden, personally feel as though, I am in fact a "DEAD MAN WALKING". I, have remained awoke each and every day during the nightime hours and am prepared to testify that at no time were the street light/lamps out during this period other than the day in question, on January 24, 2004 @ 6:15 a.m. WHY???

WE, SINCERELY ENCOURAGE , THE PROPER AUTHORITIES TO CAST A VERY WIDE NET, AND TO EFFECTIVELY CATCH THOSE INDIVIDUALS DEEMED RESPONSIBLE, WHO WILLFULLY AND CONCIOUSLY WITH MALICE , CHOSE FOOLISHLY TO: "SLEEP WITH THE FISH". THIS DOCUMENT, AS WELL AS EVERYTHING HEREIN, SHALL BE UTILIZED AS EVIDENCE AS IT RELATES TO THIS OR ANY CAUSE.

PLAINTIFFS, NAOMI AND WILLIE DARDEN ALONG WITH OTHER INDIVIDUALS WERE EYE-WITNESSES TO THE SHOOTING SEQUENCE AS WELL ; WE ARE PREPARED TO STATE AS FACT THAT THE SHOOTING SEQUENCE WAS NOT CONTINOUS IN ACTION, THERE WERE INTERRUPTIONS, IN OTHER WORDS THERE WAS SPORADIC GUNFIRE. THIS IS IMPORTANT TO REMEMBER, BECAUSE THIS WOULD TEND TO PROVIDE CREDIBILITY TO THE THEORY, THAT THE GUNMAN APPEARED TO BE AN EXPERT MARKSMAN WITH SOME POLICE AND/OR MILITARY BACKGROUND: THIS IS BASED PRIMARILY UPON THE STRATEGIC PLACEMENT OF THE BULLETS WHICH STRUCK SPECIFIC TARGETS AT SPECIFIS INTERVALS!!!
ON THE MORNING OF JANUARY 24TH, 2004 REVISITED: AT APPROXIMATELY 6;15 A.M. I, NAOMI E. DARDEN, WAS AWOKEN BY GUNFIRE FROM A LARGE CALIBER WEAPON, IT WAS EXTREMELY LOUD! UPON HEARING MULTIPLE SHOTS FIRED I, IMMEDIATELY ATTEMPTED TO AWAKEN MY HUSBAND, WILLIE, WILLIE HOWEVER, WAS STILL UNRESPONSIVE. I SHOUTED TO HIM, " WILLIE PLEASE WAKE UP, SOMEONE IS SHOOTING IN OUR HOUSE AND TRYING TO KILL US." WILLIE , DID NOT AWAKEN UNTIL HE WAS STRUCK IN THE FACE WITH SCRAPNEL/DEBRIS WHICH FLEW IN HIS FACE FROM THE BEDDING THAT SEVERAL **BULLETS** HAD STRUCK WHEN FIRED THROUGH THE PLAINTIFFS MASTER BEDROOM WINDOW. GOD WAS DEFINITELY IN THE PLAN, BECAUSE THE BULLETS SHOT THROUGH THE LOWER LEVEL NARROWLY MISSED MY CHILDREN AND THE BULLETS FIRED THROUGH THE UPPER LEVEL WINDOWS MISSED KILLING THE DARDEN PLAINTIFFS, BY MERE INCHES. BOTH UPPER LEVEL BULLETS WHICH WERE THE ONLY ONES FIRED THROUGH ANY WINDOWS IN THE HOME WERE THROUGH NAOMI AND WILLIE DARDENS BEDROOM,. IT IS QUITE APPARENT, BASED UPON THE EVIDENCE THAT THE "TARGET OF THE SHOOTING ", WAS THE OCCUPANTS OF THE MASTER BEDROOM, **THE DARDEN PLAINTIFFS. WE, THE PLAINTIFF/WITNESSES IN THIS CAUSE SINCERELY HOPE AND PRAY THAT OUR "GUARDIAN ANGEL", IS WATCHING OVER US AS WE LEAVE OUR HOME TOMORROW ON 03/02/04**

AT 6:15 A.M. IN ORDER TO RIDE THE ILLINOIS CENTRAL RAILROAD TRAIN DOWNTOWN TO MY DESTINATION @ 219 S. DEARBORN IN ORDER TO REPEAT THIS TESTIMONY IN OPEN COURT, BEFORE THE HONORABLE JUDGE ELAINE BUCKLO IN ROOM #1903. **WE, WERE APPROACHED BY SOMEONE IN A VEHICLE, today 03-01-04 @ approximately 5:45a.m. : A LIGHT COMPLECTIONED BLACK MAN IN A TAN OR** WHITE **VEHICLE  PULLED UP WHILE BOTH MY WIFE AND I WERE WAITING ON THE PACE BUS #** 364 WHICH WAS SCHEDULED TO ARRIVE at that time IN ORDER TO TAKE HER TO WORK AT INGALLS MEMORIAL HOISPITAL, IN HARVEY, ILLINOIS. THIS INDIVIDUAL WHOM NEITHER I, NOR MY WIFE KNEW;STOPPED HIS VEHICLE ABRUPTLY, ATTEMPTED TO SUMMONS ME TO HIS VEHICLE, I ASKED THIS GUY WHAT DID HE WANT AND WHO HE **WAS ; HE RESPONDED SOMETHING INAUDIBLE. HE THEN** REPEATED **TWICE THAT HE JUST WANTED TO TALK** TO ME. ALTHOUGH, I DONOT KNOW **THIS GENTLEMAN, HE** repeatedly **CALLED me BY NAME.** (strange)  **WE, BOTH NOTICED , UPON** EXITING OUR HOME, SOMEONE IN  AN  HPD VEHICLE WHO STARED CONTINUALLY AT US BEFORE DRIVING AWAY IN A WESTERLY DIRECTION; WE BELEIVE THAT THIS INDIVIDUAL MAY HAVE BEEN CONTACTED BY SOMEONE  WITHIN SAID HPD VEHICLE AND PROVIDED  SAME WITH INFORMATION  IN REGARDS TO DARDEN, **PLAINTIFFS CURRENT LOCATION. THERE** WERE **AT LEAST TWO INDEPENDENT WITNESSES WHO ACTUALLY SAW THE SHOOTER. ON** 01/24/2004 @6:15 a.m.

WE, PLAINTIFFS SINCERELY FEEL, THAT OUR LIVES REMAIN IN CONSTANT JEAPORDY!! WE, FURTHER FEEL THAT 30 DAYS IS MORE THAN SUFFICIENT TIME TO ALLOW THE MAYOR, THE CHIEF OF POLICE AND OR THE HARVEY POLICE DEPARTMENT THE OPPORTUNITY TO AT MINIMUM DETERMINE IF THERE WAS ANY MERIT TO THESE VERY SERIOUS ALLEGATIONS. FOR TO DO NOTHING. DOES MORE THAN JUST RAISE A FEW EYEBROWS!!!
IT TENDS TO GIVE THE IMPRESSION ,OF WHAT IT MUST BE, ABSENT ANY OTHER LOGICAL OR PLAUSIBLE EXPLANATION: AN ATTEMPT TO SWEEP THIS MATTER UNDER THE RUG, IN ORDER FOR IT TO JUST GO AWAY. FOR LACK OF A BETTER TERM , AN ATTEMPTED  COVER-UP OF AN ATTEMPTED MURDER... WE SEEK ANSWERS TO THE FOLLOWING QUESTIONS IN PREPARATION FOR  CRIMINAL INDICTMENT OF THOSE PARTIES DEEMED RESPONSIBLE FOR SUCH ILLEGAL ACTS.
 ATTENTION DEFENDANTS: CAUTION: PLEASE READ THE FOLLOWING QUESTIONS AND ANSWER THEM TRUTHFULLY AND HONESTLY UNDER PENALTY OF CONTEMPT OF COURT AND/OR PERJURY.

<u>21 QUESTIONS</u>

<u>(#1)    OFFICER FRUNDLE, HAVE YOU  OR ANYONE ASSOCIATED WITH YOU EVER  BELONGED TO  OR  HAD ANY AFFILIATION WITH ANY HATE BASED GROUP(S) INCLUDING BUT NOT LIMITED TO KU-KLUX-KLAN,NAZI PARTY, AND /OR ARRYAN (BROTHERHOOD) NATION???</u>

(2) OFFICER FRUNDLE , WHY  WERE YOU SEEN BY SEVERAL EYE-
WITNESSES DAYS PRIOR TO THE ALLEGED MURDER ATTEMPT
IN THE ACT OF STALKING, LURKING, TAMPERING, STUDYING THE
DIRECTION  MOVEMENTS  AND  ROUTINE OF PLAINTIFF WILLIE
DARDEN   FOR NO APPARENT LEGAL REASON???

(3)  OFFICER FRUNDLE,   DID YOU HAVE A VALID/LEGAL REASON TO
STALK PLAINTIFF,  WILLIE DARDEN ON 01/21/2004 AND SHINE YOUR
SPOTLIGHT INTO HIS FACE TEMPORARILY BLINDING HIM ? WHY

(4) WHY WERE THE DARDEN PLAINTIFFS TREATED  INDIFFERENTLY IN
REGARDS TO THIS VERY SERIOUS MATTER?

(5)  WHO RETRIVED SPENT SHELL CASINGS FROM SCENE DAYS
     AFTER SHOOTING?
(6)  WHY ? HAS THERE  BEEN ABSOLUTELY NO GATHERING OF
     EVIDENCE BY THE HARVEY POLICE DEPARTMENT?

(7)  WHY? NO CREATION OF CRIME SCENE BY THE HARVEY POLICE
     DEPARTMENT?

(8)  WHY? HAS THERE BEEN NO TESTING OF EVIDENCE BY HPD?

(9)  WHY? HAS THERE BEEN NO INITIAL NOR FOLLOW-UP
     INVESTIGATION, BY THE HPD?

(10)  WHY?  HASN'T THE MAYOR, ERIC KELLOGG SHOWN ANY
     INTEREST IN REGARDS TO THIS MATTER; ESPECIALLY WHEN
     CONSIDERING THAT I, PERSONALLY , PREVIOUSLY CONTACTED
     BOTH KELLOGG /CHIEF JOSHUA  DAYS  PRIOR TO   MURDER
     ATTEMPT . WHY???

(11)  WHY? HASN'T THE CHIEF OF POLICE, ANDREW JOSHUA SHOWN
     ANY INTEREST IN REGARDS TO THIS MATTER; ESPECIALLY
     WHEN CONSIDERING THAT I PREVIOUSLY  CONTACTED CHIEF
     JOSHUA AND MAYOR KELLOGG JUST DAYS PRIOR TO ALLEGED
     MURDER ATTEMPT!!! WHY???

(12)  WHO WAS THE INDIVIDUAL, MR. MAYOR, WHO RAN UP TO BOTH
     OF US ON 01/23/2004 THE DAY BEFORE THE SHOOTING AT
     APPROXIMATELY 4:35P.M. FROM A DISTANCE OF 100 FEET OR
     MORE WITH A BASEBALL BAT IN HAND??? WHY DID HE HAVE
     THE BAT???

(13) WHY? WAS ONLY ONE RESPONDING OFFICER DISPATCHED ON 01/24/2004, AND WHY DID THIS OFFICER LEAVE AFTER ONLY 3-5 MINUTES/ COULPED WITH NO INVESTIGATION, NO CREATION OF CRIME SCENE AND NO COLLECTION OF EVIDENCE EITHER???

(14) WHY? DID RESPONDING OFFICER WRITE COMPLAINT UP AS "CRIMINAL DAMAGE TO PROPERTY', which is a misdemeanor, and not as what is really was a felonious case of ATTEMPTED MURDER...

(15) WHY? DID RESPONDING OFFICERS ATTITUDE IN REGARDS TO SHOOTING CHANGE WHEN I, WILLIE. L. DARDEN INFORMED HIM THAT I WITNESSED A POLICE VEHICLE LEAVING THE IMMEDIATE AREA IN VERY CLOSE PROXIMITY TO THE TIME OF THE SHOOTING AND I, ADDITIONALLY INFORMED SAID RESPONDING OFFICER THAT THE DEFENDANTS & ASSOCIATES WERE RESPONSIBLE FOR MURDER ATTEMPT.

(16) WHY? DIDN'T THE HPD INTERVIEW ANY WITNESSES???

(17) WHY??? WERE STREET LIGHTS/LAMPS NOT FUNCTIONING AND THEREFORE OFF LEAVING THE AREA IN A "PITCH BLACK" STATE DURING THE HOURS IN QUESTION?

(18) WHO WAS RESPONSIBLE FOR LIGHTS BEING TURNED OFF DURING THE TIME IN QUESTION ON 01/24/2004@6:15A.M.

(19) WHY??? HAS IT TAKEN OVER A PERIOD OF 30DAYS AND A POSSIBLE COURT ORDER FOR ANYONE FROM THE MAYORS OFFICE OR THE HARVEY POLICE DEPARTMENT TO DO THE RIGHT THING IN REGARDS TO THIS MATTER???

(20) CANINE OFFICER AKA SMURF, WHAT IS THIS OFFICERS LEGAL NAME???

(21) OFFICER FRUNDLE ARE YOU CURRENTLY OR HAVE YOU EVER EXHIBITED ANY BEHAVIOR WHICH WOULD LEAD ONE TO SURMISED THAT YOU ARE A RACIST COP??? IT'S IMPORTANT TO NOTE THAT FORMER INDICTED GOVERNOR RYAN CHOSE TO PLEAD THE 5TH BEFORE THE FEDERAL GRAND JURY; RATHER THAN LIE WHEN QUESTIONED...

Mr. Willie Darden

October 31, 2003

p#1

Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603-3441

Re: Willie L. Darden, Jr., et al. v. Graves, et al. No. 02C9299

Dearest Counsel: Please be advised that we, the undersigned plaintiff(s) in this cause, have
reason to believe that the lead  named defendant in said cause; Officer Frundle has on numerous
occasions subjected both  me and my family  to deliberate and intentional emotional distress
and/or duress by continually harassing, intimidating, threatening and stalking plaintiff(s) in this
cause. I have spoken with my attorney, Mr. Rissman in regards to these  serious allegations.
       Officer Frundle first approached me approximately one week after the December, 2000
incident,(where my door was kicked in etc.) and informed me that he was angry at me for stating
that he stole our $600.00. at that time he threatened me with bodily harm and also informed me
that " You  better be careful who you're messing with because one of his relatives works the
States Attorney's office." Officer Frundle also informed me that HE was the one who kicked in
my door at 15144 S. Western Avenue.
       Officer Frundle next approached me at a nearby bakery near my home, Jeans Bakery.
While Ron (last name unknown) an employee of said bakery and I  were busy discussing
sports, religion and family matters in the parking lot of Jeans Bakery; Officer Frundle
made a U-turn in his police vehicle ,jumped out of his car and immediately walked towards me
and stood directly behind me with his hand directly on his service weapon and a blank expression
on his face. I, of course continued my conversation with Ron while still watching Officer
Frundle utilizing my peripheral vision. At some point Frundle walked into the bakery; I can only
assume in order to either buy coffee or donuts. Shortly thereafter, Officer Frundle  exited the
baker and again walked behind me and actually grabbed hold of his gun in an intimidating
manner; while starring at me with that same emotionless expression.
       On October 29, 2003 was actually the "straw that broke the camels back", whereas Officer
Frundle was observed by the undersigned,  just sitting in front of my home; this is not a crime in
itself, however with all of the previous erratic and/or bizarre behavior exhibited by  this  Officer
of the Law; I find it very hard to trust him one iota; for obvious reasons.  We  personally feel
that Officer Frundle's behavior is an attempt to intimidate a witness or witness tampering.
Officer Frundle was observed  "stalking" in front of my home for at least  one and one-half
hours; he did not leave until  he actually observed me locking my front door and leaving.
I, Willie L. Darden Jr. left home that day and  traveled downtown to the Federal Court Building.
Therein, cause # 03 C 7673 was filed in regards to alleged Civil Rights violations.
       There truly are No cash/monetary values that can be assessed, which could actually restore
basic human/civil rights that have been violated. However, the Defendant(s) attorney, namely
Mary K. Cryar of the law firm Johnson & Bell has stated that she'd like to explore settlement
options; We will listen. Additionally, Mr. Rissman , Kindly subpoena my wife's, Naomi

employment records for the year 2000. We will prove that the police not only perjured      p#2
themselves, but also willfully and wantonly altered document in regards to this cause.
We, have spoken with a variety of individuals from my Attorney Mike Rissman, to
Harvey Police officers to the District #6Commander of the Cook County Sheriff(s)
and they are ALL in agreement with me that " what the three officers did was both morally as
well as legally wrong.. These officers exhibited behavior that was unbecoming to a police officer
and it is fact that they KNEW or SHOULD HAVE KNOWN and HAD BEEN TRAINED and/or
TOOK AN OATH to uphold the law but instead CHOSE to break the law. Such behavior is
unacceptable for the layman as well as for ANYONE else; especially an officer of the LAW!!!


ST: MARK- chapter 8-verse36-37

" FOR WHAT SHALL IT PROFIT A MAN, IF HE SHALL GAIN THE WORLD, AND
LOSE HIS SOUL?.
OR WHAT SHALL A MAN GIVE IN EXCHANGE FOR HIS SOUL???


Respectfully submitted by:

(willie & naomi darden)